UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:07-CR-44 |
| ) | JUDGES PHILLIPS/SHIRLEY |
| MARTINA REYNA GARCIA ) | |

## AGREED PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on October 17, 2007, a Second Superseding Indictment was filed in the above-referenced case charging Defendant, MARTINA REYNA GARCIA with in Count Two, conspiracy to commit certain offenses against the United States as follows: knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, conducting and attempting to conduct such financial transactions with intent to promote the carrying on of a specified unlawful activity, and concealing and disguising the nature of, the location, source, ownership, and control of the proceeds of a specified unlawful activity, that is, the distribution of, and possession of with intent to distribute marijuana, a Schedule I controlled substance, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), (a)(1)(B)(i), and (h).

WHEREAS, in the Forfeiture Allegations of the Second Superseding Indictment in the above-styled case, the United States sought forfeiture of her interest and she agrees not to contest any interest she may have, pursuant to Title 18 U.S.C. § 982(a)(1), in the property described below as property involved in the violation of 18

U.S.C. §§ 1956(a)(1)(A)(i),(a)(1)(B)(i) and (h), and any and all property traceable thereto:

### Real Property

Real property located at 4872 W Placita De Los Vientos, Tucson, Arizona, and more particularly described as follows:

Lot 148 of Rancho Del Cerro, according to the Map recorded in Book 25 of Maps, Page 37, records of Pima County, Arizona.

Recorded in Docket number 12837, page 11032, on July 30, 2006, in the Recorder's Office for Pima County, Arizona, belonging to Josefina Alvarez Valenzuela.

AND WHEREAS, on January 9, 2007, this Court accepted the guilty plea of the Defendant, MARTINA REYNA GARCIA, and by virtue of said guilty plea and conviction, the Court has determined that the property identified above is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), and that the United States has established the requisite nexus between the property and the aforesaid offenses. Further the United States is now entitled to seize said property, pursuant to 21 U.S.C. § 853(g) as incorporated by 18 U.S.C. § 982(b)(1) and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. That based upon the conviction of the Defendant, MARTINA REYNA GARCIA, under 18 U.S.C. §§ 1956(a)(1)(A)(i),(a)(1)(B)(i) and (h), the United States is hereby authorized to seize the following property and the same is hereby

forfeited to the United States for disposition in accordance with law, pursuant to 18

U.S.C. § 982(a)(1):

### **Real Property**

> Real property located at 4872 W Placita De Los
> Vientos, Tucson, Arizona, and more particularly
> described as follows:
>
> Lot 148 of Rancho Del Cerro, according to the Map
> recorded in Book 25 of Maps, Page 37, records of
> Pima County, Arizona.
>
> Recorded in Docket number 12837, page 11032, on
> July 30, 2006, in the Recorder's Office for Pima
> County, Arizona, belonging to Josefina Alvarez
> Valenzuela.

2. That the aforementioned property is to be held by the Internal Revenue Service in its secure custody and control.

3. That pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), the Internal Revenue Service forthwith shall publish at least once for three consecutive weeks in a newspaper of general circulation, notice of this Order, notice of it's intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

4. This notice shall state that the petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property, the time and circumstances

3

of the petitioner's acquisition of the right, title and interest in the property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person, as a substitute for published notice as to those persons so notified.

5. That upon adjudication of all other or third-party interests in said property, this court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b), in which all interests will be addressed.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to the Federal Rules of Criminal Procedure 32.2(e).

7. That the Clerk of this Court shall provide a certified copy of this Order to the Internal Revenue Service and to the United States Attorney's Office.

ENTER:

*Thomas H. Phillips*

THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted by:

JAMES R. DEDRICK
United States Attorney

By: _____
HUGH B. WARD, JR.
Assistant U.S. Attorney

_____
MARTINA REYNA GARCIA
Defendant

_____
LESLIE HUNT
Attorney for Defendant

4